# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LINDA LOVE

VERSUS

RAYMOND NELSON, QUICK WAY
FOOD STORE INC., AND JAMES
BALLARD SR.

NO.   2019 CW 1038

**SEPTEMBER 19, 2019**

---

In Re:    James Ballard, Sr., Ballard's Petroleum, Inc., and HDI
          Global Ins. Co., applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          20150003622.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**

     **Crain, J.,** dissents and would grant certiorari in this
matter.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT